**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1386**

FATOU NJIE,

                    Petitioner,

          v.

JEFFERSON B. SESSIONS III, Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  October 23, 2017                    Decided:  November 9, 2017

Before MOTZ, TRAXLER, and FLOYD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Evelyn R. G. Smallwood, HATCH ROCKERS IMMIGRATION, Durham, North Carolina, for Petitioner.  Chad A. Readler, Acting Assistant Attorney General, Jessica E. Burns, Senior Litigation Counsel, Rachel Browning, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Fatou Njie, a native and citizen of Gambia, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing her appeal from the immigration judge's decision denying her requests for withholding of removal and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Njie's merits hearing before the immigration court and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative factual findings, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *In re Njie* (B.I.A. Feb. 28, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*